UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE MCGRAW-HILL COMPANIES, INC. and MICHELLE CONLIN,<br><br>Plaintiffs,<br><br>v.<br><br>PETER TILTON,<br><br>Defendant. | NO. MS 09-165-JPD<br><br>**APPLICATION FOR WRIT OF EXECUTION** |

**THE UNDERSIGNED STATES:**

As an attorney for the above-named Plaintiffs, I am making this application for a Writ of Execution on Said Plaintiffs' behalf.

The facts are as follows:

1. Defendant Peter Tilton ("Judgment Debtor") filed suit against Plaintiffs The McGraw-Hill Companies, Inc. and Michelle Conlin ("Judgment Creditors") on December 23, 2005 alleging various claims arising from the publication of an article written by Michelle Conlin and published in BusinessWeek magazine (owned at that time by The McGraw-Hill Companies, Inc.). Judgment Creditors obtained a jury verdict against Judgment Debtor on all

APPLICATION FOR WRIT
OF EXECUTION - (No. MS 09-165-JPD) - 1
4834-8538-2917.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

claims on December 11, 2007 after a multi-day jury trial before Judge Lasnik. (Case No. 06-CV-00098-RSL, Dkt. No. 267.)

2.	Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54(d), Judgment Creditors submitted a cost bill on January 2, 2008. (Case No. 06-CV-00098-RSL, Dkt. No. 269.) On January 24, 2008, the Court entered an Amended Taxation of Costs in favor of Judgment Creditors against Judgment Debtor Peter Tilton in the amount of $22,510.03. That cost order was a final order of the Court, and no appeal was taken.

3.	To date, the Amended Taxation of Costs remains unpaid. Indeed, Judgment Debtor has vehemently denied that he will ever pay his debt to Judgment Creditors:

> Q.  Do you intend to take any steps to pay the judgment entered against you in this matter?
>
> A.  I've been very clear about that. Over my dead body. I'll be broke until I die before you guys get a dime out of me.

Ex. D at 91:18-22.

4.	On October 29, 2009, Judgment Creditors moved for Proceedings Supplemental to Execution requiring Judgment Debtor to answer discovery about his assets and property. The Court granted Judgment Creditors' motion on November 2, 2009, ordering Judgment Debtor to answer interrogatories, requests for production, and requests for admission, and to appear for a deposition on December 7, 2009.

5.	Judgment Creditors propounded Interrogatories, Requests for Production, and Requests for Admission on Judgment Debtor on November 4, 2009. Judgment Debtor answered (in a very limited manner) Judgment Creditors' Interrogatories and Requests for Production. Judgment Debtor, though he

APPLICATION FOR WRIT
OF EXECUTION - (No. MS 09-165-JPD) - 2
4834-8538-2917.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

received them, did not respond to Judgment Creditors' Requests for Admission, which were thereby deemed admitted. See Ex. D at 7:17-8:7 (Judgment Debtor received Judgment Creditors' Requests for Admission). A true and correct copy of Judgment Debtor's answers to Judgment Creditors' Interrogatories and Requests for Production is attached hereto as Exhibit A. A true and correct copy of the relevant documents from Judgment Debtor's production in response to Judgment Creditors' Requests for Production is attached hereto as Exhibit B. A true and correct copy of the Requests for Admission that Judgment Creditors served upon Judgment Debtor is attached hereto as Exhibit C.

6.  Judgment Creditors deposed Judgment Debtor on December 7, 2009. A true and correct copy of relevant excerpts from Judgment Debtor's deposition transcript is attached hereto as Exhibit D.

7.  Judgment Debtor admitted in his deposition that he is the sole owner of the following Internet domain names:[1] michelleconlin.com, michelleconlin.net, michelleconlin.org, michelleconlin.us, geraldrosenphd.com, charlesmcnerny.com, charliemcnerny.com, and charleymcnerny.com:

> Q. For michelleconlin.com, michelleconlin.net, michelleconlin.org, and michelleconlin.us, you are the registrant, the administrative contact, the technical contact, and person being billed for all four sites?
>
> A. Yes.
>
> Q. You own all four domain names?
>
> A. Yes.
>
> Q. And any websites on those domain names are yours as well?

---

[1] Every computer connected to the internet has an IP (Internet Protocol) address made up of a string of numbers. A domain name is a recognizable name that identifies one or more IP addresses. For example, the domain name www.domain.com could represent the IP address 111.222.333.444.

APPLICATION FOR WRIT
OF EXECUTION - (No. MS 09-165-JPD) - 3
4834-8538-2917.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

A.  Yes.

Ex. D at 14:22-15:6; *see also* Ex. D at 10:5-20 (admitting ownership of michelleconlin.com), 13:5-9 (same), 13:20-14:4 (admitting ownership of all four michelleconlin domain names), 15:23-16:4 (same), 76:23-25 (same); 77:13-78:10 (admitting ownership of charlesmcnerny.com, charliemcnerny.com, and charleymcnerny.com domain names); 79:8-80:12 (admitting ownership of geraldrosenphd.com domain name).

8. Documents produced by Judgment Debtor also establish his ownership of the domain names michelleconlin.com, michelleconlin.net, michelleconlin.org, michelleconlin.us, geraldrosenphd.com, charlesmcnerny.com, charliemcnerny.com, and charleymcnerny.com.  Ex. B at 3-6, 8, 9, 11, 12.

9. Judgment Debtor also admitted that he was the owner of michelleconlin.com in the Judgment Creditors' Requests for Admission, which were deemed admitted by Plaintiff's failure to respond.  Ex. C at Requests No. 1-3 (admitting that Judgment Debtor owns, controls, and administers the michelleconlin.com domain name).

10. Judgment Debtor paid approximately ten dollars for each of the above-listed domain names.  Ex. D at 19:8-11 ("Q. The four domain names we talked about -- michelleconlin.net, .com, .org, and .US -- cost $10 each to register? A. About, yes."), 80:5-9 (geraldrosenphd.com cost "$10.87 with tax" to register); Ex. B at 8, 9, 11, 12 (documents reflecting same).  Judgment Debtor considers those domain names to be "extremely valuable."  Ex. D at 26:19-20.

11. The above-listed domain names are registered with and hosted by GoDaddy.com.[2]  Ex. D at 10:5-20 (michelleconlin.com is registered with

---

[2] A domain name registrar is an accredited organization that manages domain names.  Unowned domain names can be purchased through domain name registrars.  Owned domain names can be bought, sold, and transferred like any other form of property.  Ex. D at 26:2-7 (domain names can

APPLICATION FOR WRIT
OF EXECUTION - (No. MS 09-165-JPD) - 4
4834-8538-2917.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

GoDaddy), 20:5-23 (michelleconlin.com is hosted by GoDaddy), 80:5-6 (geraldrosenphd.com is registered with GoDaddy); Ex. B at 8, 9, 11, 12, 13-15 (all four michelleconlin domain names, charliemcnerny.com, and geraldrosenphd.com are registered with GoDaddy).

12. Subsequent to answering Judgment Creditors' discovery and his deposition, Judgment Debtor represented to Judgment Creditors, via an email to the undersigned counsel, that he was also the sole owner of the domain name riddell-williams.com. A true and correct copy of that email is attached hereto as Exhibit E.

13. Judgment Debtor intends to use the domain names mentioned above as a marketing tool to generate interest in a book he is writing. Ex. D at 28:13-16. He also intends to use those domain names to generate money to help him finish his book. Judgment Debtor testified that he intended to avoid payment of any such money to the Judgment Creditors, to the IRS and to others:

> [The domain names] are my marketing tools to get the book out. And also I'm going to use those to start posting chapters of the book so I can start getting some exposure, trying to find maybe a publisher or somebody who will support me. I can't really take money from anybody because I owe you guys and the IRS and everybody, so I'll come up with a good way to make sure that the money gets funneled into an appropriate -- that I'm not in control of the money and that it gets funneled into the nonprofit organization that I'm trying to create.

Ex. D at 26:24-27:8; see also Id. at 27:12-16 ("Q. And any money that is generated through the use of michelleconlin.com you intend to somehow take and funnel to your nonprofit? A. Well, that's kind of an oversimplification, but for the purposes here, yes.").

be sold and/or transferred).

APPLICATION FOR WRIT
OF EXECUTION - (No. MS 09-165-JPD) - 5
4834-8538-2917.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

1  14.  Judgment Debtor's address is 11122 106th Avenue Northeast,
Kirkland, Washington 98033.  Ex. D. at 56:9-15.

15.  On its website, GoDaddy lists its corporate address as 14455 N. Hayden Rd., Suite 219, Scottsdale, AZ 85260. http://www.godaddy.com/gdshop/about.asp?ci=9079 (last visited December 16, 2009).

THE UNDERSIGNED CERTIFIES (or declares) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 28th day of December, 2009, at Seattle, Washington.

s/Gavin W. Skok
Gavin W. Skok, WSBA #29766
John D. Lowery, WSBA #6633
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Tel:  (206) 624-3600
Email:  gskok@riddellwilliams.com
Attorneys for Plaintiffs
THE MCGRAW-HILL COMPANIES, INC.
and MICHELLE CONLIN

APPLICATION FOR WRIT
OF EXECUTION - (No. MS 09-165-JPD) - 6
4834-8538-2917.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600